UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT M. COBB,

     Plaintiff,

v.                                   Case No. 6:08-cv-187-Orl-19DAB

STATE OF FLORIDA, et al.,

     Defendants.

_____

## ORDER

This case is before the Court upon Plaintiff's Notice of Appeal (Doc. No. 11, filed March 27, 2008). This appeal is not taken in good faith under Rule 24(a)(3) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915(a)(3) because this case was properly dismissed for failure to state a claim upon which relief may be granted. Thus, Plaintiff is not entitled to appeal as a pauper. Accordingly, the **Clerk of Court** shall send a Prisoner Consent Form and Financial Certificate to Plaintiff. Plaintiff shall either file a fully completed Prisoner Consent Form and Financial Certificate or pay the $455.00 appellate filing and docketing fees within **THIRTY (30) DAYS** from the date of this Order.

If Plaintiff chooses to complete the Prisoner Consent Form and Financial Certificate, he must include a computer printout prepared by the institution containing all transactions in his prisoner account for the period from September 24, 2008, through March 24, 2008 (the six months preceding the filing of his notice of appeal).

**DONE AND ORDERED** at Orlando, Florida, this  2nd     day of April, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 12/28
Robert M. Cobb
Counsel of Record
Eleventh Circuit Court of Appeals